ERIC GRANT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANDRES SILVA-CORONA PEREZ,<br>Defendant. | CASE NO. 1:24-CR-00128-JLT-SAB<br>STIPULATION TO SET CHANGE OF PLEA HEARING; ORDER<br>COURT: Hon. Jennifer L. Thurston |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The case is set for a status conference on September 10, 2026, in front of the Honorable Stanley A. Boone, U.S. Magistrate Court Judge. The parties wish to set the case for a change of plea hearing before the Honorable Jennifer L. Thurston on October 5, 2026, and exclude time through that date.

2. Mr. Corona Perez has signed a plea agreement, and the parties should be able to file it within the next two weeks.

3. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Specifically, defense counsel requests the additional time to conduct

investigation for sentencing and prepare for the change of plea hearing. Thus, the parties request that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, time between the status conference and the trial be deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and B(iv) because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: August 27, 2026

ERIC GRANT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: August 27, 2026

/s/ Galatea DeLapp
Galatea DeLapp
Counsel for Defendant
Andres Silva Corona Perez

**ORDER**

For the reasons explained above, the Court vacates the status conference on September 10, 2026, as to Andres Silva-Corona Perez, and sets the case for a change of plea hearing before the Honorable Jennifer L. Thurston at 9:00 a.m. on October 5, 2026. Defendant is ordered to appear. The parties SHALL file a plea agreement at least 1 week before the change of plea hearing.

IT IS SO ORDERED.

Dated: **August 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge